PER CURIAM.
Affirmed. See Wasko v. State, 505 So. 2d 1314, 1316 (Fla.1987); Sobel v. State, 437 So.2d 144 (Fla.1983); Potts v. State, 430 So.2d 900, 902-03 (Fla.1982); State v. Bryan, 290 So.2d 482 (Fla.1974); State v. Manning, 506 So.2d 1094 (Fla. 3d DCA 1987); Gonzalez v. State, 503 So.2d 425 (Fla. 3d DCA 1987); Johnson v. State, 486 So.2d 657, 659 (Fla. 4th DCA 1986); Orosz v. State, 389 So.2d 1199 (Fla. 1st DCA 1980).